IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARCY RENNEBERG, ALINE RENNEBERG, WANDA WEBB, LELAND WEBB, | § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. 1:21-CV-00142 |
| PINE ARBOR, SAN GABRIEL REHABILITATION AND CARE CENTER, | | |
| Defendants. | | |

**DEFENDANT'S NOTICE OF SERVICE OF SPECIFIC FACTS, PURSUANT TO TEX. CIV. PRAC. & REM. CODE §§ 74.155 et. seq., and 148.003 et. seq.**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to TEX. CIV. PRAC. & REM. CODE Sections 74.155 et. seq. and 148.003 et. seq., Defendant San Gabriel Rehabilitation and Care Center hereby gives notice to the Court that it has provided Plaintiff with its specifics facts pertaining to its defense under the Texas Pandemic Liability Protection Act.

Dated this 13th day of August, 2021.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Lori D. Proctor*
Lori D. Proctor, Esq.
*Attorney in Charge*
State Bar No. 16682400
Federal Bar No. 10819
J. Jonathan Hlavinka
State Bar No. 09733250
Federal Bar No. 13488
909 Fannin St., Suite 3300
Houston, TX 77010
(713) 353-2000 – Phone
(713) 785-7780 – Facsimile
Lori.Proctor@wilsonelser.com
Jon.Hlavinka@wilsonelser.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 13th day of August, 2021 the foregoing was served upon all counsel of record via the U.S. District Court E-Filing system.

*/s/ Lori D. Proctor*
Lori D. Proctor, Esq.